IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRAVIS DEE TIPPETTS,            No. CIV S-09-1434-FCD-CMK

          Plaintiff,

    vs.           <u>ORDER</u>

BUTTE COUNTY SHERIFF'S DEPT., et al.,

          Defendants.

          Plaintiff, proceeding with retained counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On May 23, 2009, Plaintiff filed an application to proceed in forma pauperis (Doc. 2). The court issued an order requiring additional documentation on June 25, 2009. Reviewing Plaintiff's application, it has come to the court's attention that Plaintiff is not a prisoner, and is therefore not required to obtain a certified copy of a prisoner trust fund account statement.

          Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor. His request for leave to proceed in forma pauperis will be granted. Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall

1

1  not issue summons or set this matter for an initial scheduling conference unless specifically
2  directed by the court to do so. See 28 U.S.C. § 1915(e)(2).
3         Accordingly, IT IS HEREBY ORDERED that:
4         1.   The June 25, 2009, order for additional documentation (Doc. 5) is vacated;
5  and
6         2.   Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is
7  granted.

DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE